Michael R. Williams, Esq., Hefner Stark & Marois, Sacramento, CA, for Defendant–Appellee.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

### MEMORANDUM **

William Prater appeals pro se the district court's judgment dismissing, pursuant to Fed.R.Civ.P. 12(b)(6), his action alleging that David Ormiston violated the automatic stay in his bankruptcy proceeding when the Ormiston Family Association filed a state court action against him regarding a dispute over an easement across Prater's property. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Kimes v. Stone*, 84 F.3d 1121, 1126 (9th Cir.1996). We affirm.

Prater was granted a discharge in bankruptcy on June 5, 2000. The bankruptcy court granted the trustee's motion to abandon the property in question on December 19, 2000, and the property was not listed as an asset of the estate on a report filed by the trustee to the bankruptcy court in May, 2001. The Ormiston Family Associa-

tion filed their state court action on April 25, 2002. Dismissal was proper because at the time of the filing of the state court action, the property in question was no longer part of Prater's bankruptcy estate. *See* 11 U.S.C. § 362(c)(1).

The district court did not abuse its discretion in denying Prater leave to amend his complaint. *See Reddy v. Litton Industries, Inc.*, 912 F.2d 291, 296 (9th Cir.1990).

We deny all pending motions.

**AFFIRMED.**

**Francis P. SHERIDAN, Plaintiff–Appellant,**

v.

**Michael LEAVITT,* Secretary of Department of Health and Human Services, Defendant–Appellee.**

**No. 04–15497.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.**

Decided Feb. 16, 2005.

Francis P. Sheridan, Lukeville, AZ, pro se.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* Michael Leavitt is substituted for his predecessor, Tommy G. Thompson, as Secretary of the United States Department of Health and Human Services, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Gerald S. Frank, Esq., Office of the U.S. Attorney, Tucson, AZ, for Defendant–Appellee.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

## MEMORANDUM***

Francis P. Sheridan appeals pro se the district court's dismissal of his action without prejudice for failure to properly effect service of process. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *Whale v. United States,* 792 F.2d 951, 952–53 (9th Cir.1986), and we affirm.

Sheridan did not serve the Attorney General of the United States as required by Fed.R.Civ.P. 4(i)(1)(B) because he was not aware of the requirement. As Sheridan offers no other explanation for his failure to serve properly, we cannot say the district court abused its discretion in finding no justifiable excuse. *See Whale,* 792 F.2d at 953–54 (affirming dismissal for failure to serve properly; counsel's ignorance of service requirements of Fed. R.Civ.P. 4 was not a justifiable excuse).

To the extent Sheridan contends that the district court erred in denying his request for appointment of counsel, we conclude that the district court did not abuse its discretion in doing so. *See Rand v.*

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

*Rowland,* 113 F.3d 1520, 1525 (9th Cir. 1997).

**AFFIRMED.**